**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA,**
**ex rel. ARKS HEALTH, LLC**                                                      **PLAINTIFF/RELATOR**

**V.**                                                **CASE NO. 5:23-CV-5108**

**MERCY HEALTH, et al.**                                                                    **DEFENDANTS**

## ORDER

The Court is in receipt of the Government's Notice of Declination Regarding Intervention (Doc. 13), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court **ORDERS** as follows:

1.      The **Clerk of Court is Directed to Unseal** the case.

2.      The following documents shall remain unsealed and open to public view:

- The Civil Cover Sheet (Doc. 1);

- The Complaint (Doc. 2);

- The two Pro Hac Vice Motions (Docs. 6 & 7);

- The Court's Text Orders granting the Pro Hac Vice Motions (Docs. 8 & 9);

- The Government's Declination of Intervention (Doc. 13); and

- This Order.

**All other documents filed in this case prior to today's date shall remain under seal — with access restricted to Court personnel only —** and shall not be made public or served upon Defendants, absent further orders of the Court.

1

2.      The Relator is directed to serve the Complaint (Doc. 2) and summons upon the Defendants by no later than **July 12, 2024**, absent leave being granted to extend such deadline for good cause shown.

3.      Pursuant to 31 U.S.C. § 3730(c)(3), the parties are directed to serve the Government with copies of all pleadings filed in the action, including supporting memoranda. To this end, the **Clerk of Court is Directed** to include the Government's counsel (Steven M. Mohlhenrich, Assistant United States Attorney for the Western District of Arkansas, at _steven.mohlhenrich@usdoj.gov_) in the recipient list of all NEFs, notices, documents, and orders filed in this matter. Also pursuant to statute, the Government may order any deposition transcripts, and the Court may, for good cause, allow the Government to intervene in this action at a later date.

4.      Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting approval.

**IT IS SO ORDERED** on this 28th day of June, 2024.

_/s/ Timothy L. Brooks_
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE